```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


DARRYL RIGGINS, AIS #184051,      :

     Plaintiff,                   :

vs.                               :   CIVIL ACTION 12-0284-KD-M

J. H. JONES, et al.,              :

     Defendants.                  :
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 19th day of July, 2012.

```
                              s/ Kristi K. DuBose
                              KRISTI K. DuBOSE
                              UNITED STATES DISTRICT JUDGE
```