IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRYL RIGGINS, AIS #184051,   :

    Plaintiff,                  :

vs.                             :   CIVIL ACTION 12-0284-KD-M

J. H. JONES, *et al.*,          :

    Defendants.                 :

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 19th day of July, 2012.

                                  s/ Kristi K. DuBose
                                  KRISTI K. DuBOSE
                                  UNITED STATES DISTRICT JUDGE